Docket on

13B 26018

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Parkland Properties, LLC, *et al.* [3] | ) | Case No.: 13-22702 |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Judge Donald R. Cassling |

**ORDER CONFIRMING DEBTORS' PLAN OF REORGANIZATION**
**(Parkland IV, LLC)**

THIS CAUSE coming to be heard on the confirmation hearing of the Debtor's Fifth Modified Plan of Reorganization ("Plan"), copies of which were transmitted to all creditors and parties in interest, the ballots of all creditors and parties in interest entitled to vote thereon have been tallied and a Report of Balloting having been filed; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and it appearing that venue is proper in this District pursuant to 28 U.S.C. § 1408 and 1409; and it appearing that proper and adequate notice has been given under the circumstances and that no further notice is necessary; that any and all objections to the Disclosure Statement and Plan being withdrawn pursuant to stipulation, and after due deliberation and sufficient cause appearing therefor:

**THE COURT FINDS:** the Fifth Amended Disclosure Statement contains adequate information, the Plan of Reorganization satisfies the requirements of 11 U.S.C. § 1129(a), the Court having heard the Debtor's offer of proof and finds that all provisions of 11 U.S.C.

---

[3] The "Debtors" include: Parkland Properties, LLC (Case No. 13-22702); Parkland II LLC ("Case No. 13-25121); Parkland III, LLC (Case No. 13-25125); Parkland IV, LLC (Case No. 13-26018); and Parkland VI, LLC (Case No. 13-26811).

§ 1129(b) are met, the Plan being proposed in good faith, and the Plan is feasible in the sense that confirmation is not likely to be followed by a need for liquidation.

**IT IS THEREFORE ORDERED:**

1) The Debtor's Sixth Amended Plan of Reorganization is hereby confirmed with the following modifications:

   <u>Sections 3.04 and 3.05 of the Debtors Sixth Amended Plan of Reorganization</u> will be modified to include the following:

   FPNB's secured claim shall increase by any fees or penalties assessed by the State Court in connection with the pending litigation filed by the City of Chicago against the Debtor and FPNB relating to the Luna Property (the "City of Chicago Litigation"). The Debtor shall be obligated to pay the amount of any fees or penalties assessed within thirty (30) days of assessment. The Debtor indemnifies FPNB for all fees, penalties or other damages assessed against FPNB in connection with the City of Chicago Litigation. Further, the Debtor shall comply with all orders entered by the Court in the City of Chicago Litigation, including without limitation, complying with the contempt of court order currently scheduled for status on December 9, 2015. The Debtor shall be obligated to pay FPNB's attorney's fees and costs incurred in defense of the City of Chicago Litigation which are incurred after April 15, 2016.

   The new loans will be documented using Forest Park Bank's standard loan documentation and will be executed within 30 days of the Effective Date of the Plan.

2) A post-confirmation status on the confirmed Plan is set for _Dec. 22_, 2015 at 10:00 a.m.

3) Debtor's First Report of Distributions shall be filed on or before December 15, 2015.

Dated:

10-13-15

BY THE COURT

_____
The Honorable Donald Cassling
U.S. Bankruptcy Judge

This document was prepared by
Michael V. Ohlman #6294512
Michael V. Ohlman, P.C.
112 ½ Lincoln Ave 2H
Riverside, IL 60546